**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02312-BNB

SCOTT ALLAN BEEBE,

    Petitioner,

v.

PEOPLE OF THE STATE OF COLORADO,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On November 9, 2010, Petitioner, through counsel, filed a motion for clarification (Doc. No. 10).  The motion will be GRANTED.  The petition, the application and the writ of habeas corpus are one in the same.  The extension of time, granted by a minute order filed on October 21, is to file an amended pleading if so desired by counsel (e.g. on the application form provided with the September 21 order to cure).  Petitioner continues to have **until November 22, 2010**, to file an amended pleading.  If Petitioner fails to file an amended pleading within the time allowed, the Court will proceed with a review of the merits of the petition submitted to the Court on September 13, 2010.

Dated:  November 12, 2010